IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00297-CV

 

William Edward Chrisman,

                                                                      Appellant

 v.

 

Brenda Gay Chrisman,

                                                                      Appellee

 

 

 



From the 378th District Court

Ellis County, Texas

Trial Court No. 68578D

 



MEMORANDUM  Opinion



 

Appellant William E. Chrisman, pro se, has filed
a document stating that he desires to withdraw his appeal.  We will treat this
document as a motion to dismiss his appeal. See Tex. R. App. P. 42.1(a)(1).  Dismissal of this cause would
not prevent a party from seeking relief to which it would otherwise be
entitled.  

Appellant’s motion to dismiss is granted.  The
appeal is dismissed.  

 

 

PER CURIAM

 

 

Before Chief Justice
Gray,

          Justice
Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed October 26, 2005

[CV06]